# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2024

### NO. 03-22-00731-CV

**Andrew Wilburn Russell, Appellant**

**v.**

**Heather Diane Schriber, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED IN PART; DISMISSED FOR WANT OF JURISDICTION IN PART --
OPINION BY JUSTICE KELLY**

This is an appeal from the final order modifying a suit affecting the parent-child relationship signed by the trial court on September 30, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portions of the order addressing conservatorship, possession, and access to L.J.R. Therefore, the Court affirms those portions of the trial court's order. The Court further holds that it lacks jurisdiction over appellant's challenge to the trial court's ruling on appellant's motion to hold appellee in contempt. Therefore, the Court dismisses appellant's challenge to the contempt ruling for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.